1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA (LOS ANGELES)

| | |
|---|---|
| ROSARIO HERNANDEZ,<br><br>      Plaintiff,<br><br>  vs.<br><br>CITY OF MAYWOOD, A Public Entity; CHIEF BRUCE LEFLAR; RYAN WEST; and DOES 1 through 10, inclusive, each of whom is sued individually and in their official capacity as police officers for the City of Maywood,<br><br>      Defendants.<br>_____ | ) Case No. CV08-05395 ODW (AJWx)<br>) Assigned For All Purposes To:<br>) Hon. Otis D. Wright, II<br>)<br>) **ORDER RE STIPULATED**<br>) **PROTECTIVE ORDER**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

1
**[PROPOSED] PROTECTIVE ORDER**

1 | **ORDER ON STIPULATION FOR PROTECTIVE ORDER**

2 | After full consideration, the requested Protective Order as amended is hereby
3 | issued, with all parties bound by the Nondisclosure Agreement, attached as Exhibit A
4 | to the Stipulated Protective Order.

6 | **APPROVED AND SO ORDERED.**

8 | Dated: 6/15/2009

*Hon. Andrew J. Wistrich,*
*Magistrate Judge of the United States District Court*